**RECEIVED**

*Huffman signature*

JUL 08 2026

**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

LARAINE HUFFMAN, Petitioner
MARK MARVIN, Next Friend

Jury Trial Demand

Against

ACCESS CORRECTIONS,
KEEFE COMMISSARY NETWORK LLC, Defendants

### COMPLAINT FOR JUDGMENT FOR VIOLATION OF ELECTION TRANSFER ACT, AND UNCONSTITUTIONAL CONFISCATION OF PLAINTIFF'S MONETARY ACCOUNT

LARAINE HUFFMAN, Petitioner by MARK MARVIN, Next Friend seeks judgment from this Honorable court for the acts of defendants who illegally confiscated and misappropriated the funds of her inmate account at the Kentucky Criminal Institution for Women, Pewee Valley, KY 40056 on or about June 10, 2025, of more than $150, and again on or about June again 10, 2026, of more than $150, and says:

1, Jurisdiction is based on the place of business of defendants and diversity as plaintiff is an inmate resident of Kentucky.

2, Defendants are the sole custodian of inmate accounts for inmates in the State of Kentucky Women's Prison and inmates are required to have all funds with defendants.

3, On two occasions, plaintiff received funds from outside persons and the funds were credited to her inmate account. In good faith, she spent those funds for food and necessary items, and shortly thereafter she was notified by defendants that she had spent funds that were mistakenly or otherwise credited to her account and that defendants had not been paid those funds. She was told that her account was frozen and unavailable to her unless she repaid both amounts, of about $150 each of two occasions. On both occasions, her account was looted, of about $150 on each occasion.

4, Plaintiff has no reliable institutional income and requires almost entirely that funds be received from outside the institution.

5, Plaintiff believes that her monies were illegally confiscated in violation of the U.S. Constitution Fourth Amendment and of the Electronic Transfer Act, 15 U.S.C. 1693, et seq., etc.

6,  She asks that this court enter judgment in her favor for the value of funds misappropriated, about $500.00, pain and suffering of about $10,000, and punitive damages of about $30,000 and reasonable attorney fees.

WHEREFORE Plaintiff seeks judgment against defendants as stated above, and such other and further relief as is just and proper.

Affirmed as true on information and belief,

Mark Marvin, Next Friend
135 Mills Road
Walden, N.Y. 12586
845-778-4693
June 15, 2026

Cc:
Laraine Huffman 276522, K.C.I.W. , PBAU, P.O.B. 337, Pewee Valley, KY 40056

Clerk, U.S. District Court, 111 South 10 th. Street, Suite 3300, St. Louis, MO 63102

Access Corrections, Keefe Commissary Network LLC, 10880 Lin Page Place, St. Louis, MO 63132

Access Corrections, KY Offender Trust, P.O.B. 12486, ST. Louis, MO 63132

*Sign + Send to Court*

*Huffman v Access  et. al*

6,  She asks that this court enter judgment in her favor for the value of funds misappropriated, about $500.00, pain and suffering of about $10,000, and punitive damages of about $30,000 and reasonable attorney fees.

WHEREFORE Plaintiff seeks judgment against defendants as stated above, and such other and further relief as is just and proper.

Affirmed as true on information and belief,

Mark Marvin, Next Friend
135 Mills Road
Walden, N.Y. 12586
845-778-4693
June 15, 2026

Cc: *Laraine Huffman*
Laraine Huffman 276522, K.C.I.W. , PBAU, P.O.B. 337, Pewee Valley, KY 40056

Clerk, U.S. District Court, 111 South 10 th. Street, Suite 3300, St. Louis, MO 63102

Access Corrections, Keefe Commissary Network LLC, 10880 Lin Page Place, St. Louis, MO 63132

Access Corrections, KY Offender Trust, P.O.B. 12486, ST. Louis, MO 63132

mail.com FreeMail                                    https://navigator-lxa.mail.com/mail?sid=4e76d182677950a57c436

*Wait #153.95*

**mail.com**    E-mail    Photos & Files    Services ∨              ⚇   ?   ⏻

Compose E-mail

| | | Delete | Spam | Reply | | Forward | Move |

Sort

*E Mail of marke marvin @ mail. com*

**From:** Customer !

| Search 🔍 |
|---|

Unread E-mails          5
Favorites
**Inbox**            ✂ ⟳ 5

*To Mark Marvin*

Hello Laraine,

∧ Display additional folders    286
Trash
Spam                286
Sent
Drafts
+ New folder
+ Add e-mail account

☑ Customer Service            6/12/2026
Re: Laraine Huffman, KY 276522

☐ **HUDforeclosed**        **6/12/2026** ☆
⊕ 13 foreclosures added today

☐ **The New York Times**    **6/12/2026** ☆
⊕ Breaking news: Judge blocks Trump fund and ...

☐ **realtor.com**        **6/12/2026** ☆
⊕ View open houses in Walden, NY

☐ William J Marvin        6/11/2026 ☆
↰ Oye!

☐ Mark Marvin            6/10/2026 ☆
Re: Laraine Huffman, KY 276522

☐ Ken Herst            6/10/2026 ☆
Re: PICTURES / from Ken Herst

☐ Ken Herst            6/10/2026 ☆
Re: PICTURES / from Ken Herst

☐ Kenneth Herst            6/7/2026 ☆
⌀ LAKELAND CLASS OF 1966

☐ edmclaw@aol.com        6/1/2026 ☆
↰ Re: ftitctaj

☐ Trovit Real Estate        6/1/2026 ☆
5 new ads similar to fixer upper house pa

☐ Sam M                5/30/2026 ☆
↰ Re: Best Wishes!

☐ Trovit Real Estate        5/30/2026 ☆
6 new ads similar to fixer upper pa

☐ Ken Herst            5/27/2026 ☆

250 ⊠        ‹ Page [ 1 ] of 5 ›

∨ Favorite Contacts

*Access Corrections*

*Keefe Commissary Network LLC*

*10880 Lin Lin Page Place*

*St Louis Missouri 63132*
*63132*

☆  Premium Upgrade
🖧  Cloud Upgrade
🛈  Help
🔧  Settings

Terms and Conditions   Privacy Policy

Help Center   Data Collection

Thank you for your email. The recipient account is restricted due to a deposit that was disputed by the senders bank. The deposit amount was for 103.99 plus the 50 dollar chargeback fee the total owed is 153.95. The recipient will not be able to receive any money until this amount is paid via Money order.

Customer Service Access Corrections 1.636.888.7004 www.accesscorrec The personal information you provide is

**mail.com**    E-mail    Photos & Files    Services ⌄                    ⚲  ?  ⏻

Compose E-mail

Search 🔍

Unread E-mails                4
Favorites
**Inbox**              🔧 ↻ 4
⌃ Display additional folders    291
Trash
Spam                    291
Sent
Drafts
+ New folder
+ Add e-mail account

⌄ Favorite Contacts

☆ Premium Upgrade
⛅ Cloud Upgrade
Help
🔧 Settings

Terms and Conditions   Privacy Policy
Help Center   Data Collection

---

☐    Delete | Spam   Reply | Forward   Move
                        Sort

Fullscreen

☐ **Trovit Real Estate**          10:18 AM ☆
● 3 new ads similar to fixer upper pa

*Copy from Mark Marvin*

☑ **Mark Marvin**              6/10/2026
   Re: Laraine Huffman, KY 276522

☐ **Ken Herst**                6/10/2026 ☆
   Re: PICTURES / from Ken Herst

☐ **Ken Herst**                6/10/2026 ☆
   Re: PICTURES / from Ken Herst

☐ **Kenneth Herst**            6/7/2026 ☆
   📎 LAKELAND CLASS OF 1966

☐ edmclaw@aol.com            6/1/2026 ☆
   ↰ Re: ftitctaj

☐ Trovit Real Estate          6/1/2026 ☆
   5 new ads similar to fixer upper house pa

☐ **Sam M**                    5/30/2026 ☆
   ↰ Re: Best Wishes!

☐ Trovit Real Estate          5/30/2026 ☆
   6 new ads similar to fixer upper pa

☐ **Ken Herst**                5/27/2026 ☆
   Re: 2026 PICTURES 4

☐ **Customer Service**          5/18/2026 ☆
   Re: Laraine Huffman, KY 276522

☐ **The New York Times**        5/15/2026 ☆
   Her life savings disappeared after a computer ...

☐ **Mark Marvin**              5/13/2026 ☆
   ↰ Laraine Huffman, KY 276522

☐ **Matthew Gibbs**            5/13/2026 ☆

279 ✉            ‹ Page [ 1 ] of 6 ›

---

**From:** Mark Marv

For a second time Ms. Huffman's account has been closed. Apparently someone sent her funds, which were credited to her account, then when she spent the funds, she was told she had to repay Access?
This is fundamentally unfair.
We would appreciate resolution. If necessary please do not credit her account until the funds are collected?

Thank You Mark Marvin on behalf of Laraine Huffman, KY inmate.

**Sent:** Wednesday May 13, 2026 at 3:55 PM
**From:** "Mark Marvin" <markcmarvin@n      R
**To:** customerserv markcmarvin@ma
**Subject:** Laraine Huffman, KY 276522

My friend laraine Huffman  KY 276522  has had her account closed, no access

Typ  Reply instantly  ne

Dearest Loving Mark                                    10-24-26

In between June/July 2022 $150⁰⁰ was deposited into my acct from a Bradley McHorse, he then did whatever and my accesscorrections acct was frozen for charge back. I paid them $206.00. Around April 10th 2024 a Clifton Bickham - deposited $100⁰⁰ on my acct and now my acct is frozen due to a charge back of 153..95. I was never notified by access that my acct was frozen. Mark marvus sent me money in 2022 for my birthday and Christmas that I never received, you contacted access and thats how I found out my acct was frozen. Someone went to put money on my acct and said it was restricted. I wrote someone here in the business office and they contacted access and sent me the paper I sent you. I'm at Kentucky Correctional Institute for women. I havent received anything from any one about my acct. I wrote access in 2022, never heard from them, but they seem to give anyone but me information on my acct. I have enough on my mind as it is and I could really use some help right now. If its not one thing its another. Anyway howare you? Its been hot here!! 90s on the way!! Is it fall yet. Can you put some money on securustech so I can call my daughter. I havent been able to talk to her !

securustech.net

Love ya

Love
Laraine

Mark Marvin
135 Mills Road
Walden, N.Y. 12586

ALBANY NY   120

1 JUL 2026   AM 2  L

Freedom
250

UNITED STATES
OF AMERICA

FOREVER/USA

**RECEIVED**

JUL 0 8 2026

**BY MAIL**

Clerk, US District Court
111 South 10 th. Street    3300
St. Louis MO   63102

63102-112325