**RECEIVED**

JUL 20 2026

**BY MAIL** July 16, 2026

Clerk, U.S. District Court,
111 South 10 th. Street, Suite 3300,
St. Louis, MO 63102

Re: Laraine Huffman, v. ACCESS CORRECTIONS,

To the Court:

I am as Next Friend of Laraine Huffman assisting her with the above-captioned case.

Ms. Huffman has been frantically trying to call me. The phone service refuses my payment, and Ms. Huffman cannot call me on her account because the account is frozen. Ms. Huffman is apparently seeking advice on how to deal with · probably requests from the court.

In fact, the seizure of her account has apparently denied her the ability to buy postal stamps from commissary. Effectively, the defendants have denied her access to the court by denying her legal assistance which she needs. (Kentucky Court of Appeals, 2024-CA-0702-MR)

I therefore request that the court deal with her through me until this communication problem is resolved, and mail me legal communications that require her attention. Thanking you for your assistance, I am
very truly yours,

Mark Marvin, Next Friend
135 Mills Road
Walden, N.Y. 12586
845-778-4693

Cc:
Laraine Huffman 276522, K.C.I.W. , PBAU, P.O.B. 337, Pewee Valley, KY 40056

Access Corrections / Keefe Commissary
10886 La Poje Place   St Louis MO. 63132

ALBANY NY   120

.17 JUL 2026   AM 1   L

UNITED STATES
OF AMERICA
FOREVER/USA

**Mark Marvin**
**135 Mills Road**
**Walden, N.Y. 12586**

**RECEIVED**

JUL 20 2026

**BY MAIL**

Clerk, US District Court
111 South 10th St.   Suite 3300
St. Louis  MO  63102

63102-112325